# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br>v.<br>Chrissy Eskeets,<br>　　　　　　Defendant. | No. CR14-08028-001-PCT-GMS<br><br>**ORDER** |

　　　The defendant appeared in court with counsel. The defendant's probable cause hearing and the detention hearing were waived and the issues were submitted to the Court on the record, including the packet provided by the U.S. Probation Office.  The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition.  The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger.

　　　IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the petition to revoke her supervised release.

　　　IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings.

　　　Dated this 18th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge